No. 11–5308.  KNIGHTS *v.* STIHL INC. ET AL.  C. A. 4th Cir. Certiorari denied.

No. 11–5309.  LOPEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5310.  HINOJOS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 11–5314.  APODACA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–5316.  ABARI *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5317.  NUNEZ-POLANCO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–5318.  CAZARES *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5319.  COURTRIGHT *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 11–5321.  DAVIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5322.  ELSTON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5324.  HUSBAND *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–5326.  HOUSTON *v.* NEVEN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–5327.  SMITH *v.* MCWHIRTER ET AL.  C. A. 4th Cir. Certiorari denied.

No. 11–5329.  LOPES *v.* CAMPBELL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5330.  MACK *v.* SCRIBNER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.